1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KNARIK AGURYAN,                          )    Case No. CV 12-8745 JC
                          Plaintiff,     )
                                         )    JUDGMENT
            v.                           )
                                         )
CAROLYN W. COLVIN,[1]                    )
Acting Commissioner of Social            )
Security,                                )
                                         )
                          Defendant.     )
_____        )

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is AFFIRMED.

DATED:  February 27, 2013

                              _____/s/_____

                              Honorable Jacqueline Chooljian
                              UNITED STATES MAGISTRATE JUDGE

_____

        [1]Carolyn W. Colvin is substituted as Acting Commissioner of Social Security pursuant to
Fed. R. Civ. P. 25(d).